## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION TO CONTINUE TRIAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.  1:06-cr-066 |
| Buck Zane Robideaux, a/k/a Chaske | ) | |
| White Eyes; David Wayne Arnold, a/k/a | ) | |
| David Tarpley; and Lawrence Wayne | ) | |
| Wallace, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the defendant David Wayne Arnold, a/k/a David Tarpley's "Motion for Continuance" filed on October 17, 2006.  Trial is currently scheduled to commence on November 13, 2006.  Defense counsel for David Wayne Arnold asserts he needs additional time to prepare for trial and requests the trial be continued for a minimum of fifty days.  Neither Arnold's co-defendants nor the Government object to a continuance.

The Court finds that there is good cause to continue the trial and that the ends of justice are best served by continuing the trial pursuant to 18 U.S.C. § 3161 (h)(8)(A).  Accordingly, the Court **GRANTS** the Defendant's Motion to Continue Trial.  (Docket No. 56).  Trial shall be rescheduled for Tuesday, January 9, 2007, at 9:30 a.m. in Bismarck before Judge Hovland.  A four (4) day trial is anticipated.  All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Calculation.  See 18 U.S.C. § 3161(h)(8)(A), and (h)(8)(B)(iv).

**IT IS SO ORDERED**.

Dated this 18th day of October, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court